AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| | Return | |
|---|---|---|
| Case No.: 3:18 mj 457 | Date and time warrant executed: 06/26/2018 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 AUG 14 PM 1:31
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

The following 5 items and their electronic contents.

1. Systemax Desktop Computer - S/N 106238257

2. Acer Laptop Computer - S/N LXA2N0Y002902151160

3. Black Tower Computer - NO MAKE, MODEL, OR S/N

4. LG Model LG-K120, S/N 608VTBB352133

5. ZTE cellular phone, Model Z956 - IMEI 861170032629072
   S/N 320274421041

MJH

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_Executing officer's signature_

SPECIAL AGENT MICHAEL J. HERWIG, FBI
_Printed name and title_